CHARLES A. MCCREDY, Respondent, *v.* DANIEL WOODCOCK, as Attorney for GRANVILLE F. DAILEY et al., Appellant.

*McCredy* v. *Woodcock,* 41 App. Div. 526, appeal dismissed.
(Argued October 3, 1899; decided October 10, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1899, reversing the order of the Special Term denying a motion to vacate and set aside a judgment.

*Menken Brothers* (*Percival S. Menken,* of counsel) for appellant.

*Coudert Brothers* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.

---

THOMAS SEXSMITH, Respondent, *v.* HENRY H. MILLS, Appellant.

SAME *v.* SAME.

*Sexsmith* v. *Mills,* 35 App. Div. 631; 37 App. Div. 634, appeals dismissed.
(Argued October 3, 1899; decided October 10, 1899.)

APPEALS from orders of the Appellate Division of the Supreme Court in the fourth judicial department, entered respectively in December, 1898, and February, 1899, one affirming an order of Special Term denying a motion to vacate an attachment, the other reversing an order of the Special Term vacating an attachment.

*J. W. Shea* for appellant.

*William Roe* for respondent.

Appeals dismissed, with costs; no opinion.
All concur.